**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID MUGRIDGE,**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**CARROLL RANDALL, et al.,**<br><br>                    **Defendants.** | 1:14-cv-1565-LJO-SKO<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 10)** |

   Based on Plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES the complaint without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated:   **March 20, 2015**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1